United States District Court
Southern District of Texas

**ENTERED**

May 15, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELLY ALEJANDRA OVIEDO MEMBRENO, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-03783 |
| MARTIN FRINK, *et al.*, | § § § | |
| Respondents. | § § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Order of Dismissal, this case is **DISMISSED**

**without prejudice.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED this _____14th_____ day of May 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE